802

No. 104, Misc. GOLLA v. BURKE, WARDEN. 
 Certiorari denied.

No. 106, Misc. LILYROTH v. RAGEN, WARDEN. 
 Certiorari denied.

No. 107, Misc. CONWAY v. RAGEN, WARDEN. 
 Certiorari denied.

No. 108, Misc. MEYERS v. RAGEN, WARDEN. 
 Certiorari denied.

No. 110, Misc. STEWART v. RAGEN, WARDEN. 
 Certiorari denied.

No. 114, Misc. GUNN v. TENNESSEE. 
 Certiorari denied. *Howard F. Butler* for petitioner. *Nat Tipton,* Assistant Attorney General of Tennessee, for respondent.

No. 119, Misc. BOLDS v. RAGEN, WARDEN. 
 Certiorari denied.

No. 122, Misc. GASH v. ILLINOIS. 
 Certiorari denied.

No. 123, Misc. DWYER v. ILLINOIS. 
 Certiorari denied. 

No. 125, Misc. COURTWRIGHT v. RAGEN, WARDEN.
 Certiorari denied.

No. 126, Misc. BUCHALTER v. RAGEN, WARDEN. ██
 Certiorari denied. 
